IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01939-WYD-BNB

AMERSK LINE, a division of A.P. Moller - Maersk A/S, a Danish corporation,

Plaintiff,

v.

MOORIM USA, INC., a Washington corporation,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order and Vacate Currently Scheduled Final Pretrial Conference** [docket no. 15, filed February 11, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including **July 26, 2013**. The dispositive motion deadline is extended to and including **August 26, 2013**.

IT IS FURTHER ORDERED that the Pretrial Conference set for June 6, 2013, is **vacated and reset to October 30, 2013, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **October 23, 2013**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.


DATED: February 11, 2013