IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01939-WYD-BNB

MAERSK LINE, a division of A.P. Moller – Maersk A/S, a Danish corporation,

    Plaintiff,

v.

MOORIM USA, INC., a Washington corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice (ECF No. 17), filed May 21, 2013.  After carefully reviewing the above-captioned case, I find that this matter should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a)(1)(A).  Accordingly, it is ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

    Dated:  May 22, 2013

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge